# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  　　　　Magistrate No. 22-1084

v.

KALIF ZORYEAH-SADAT

The financial ability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

　　IT IS on this **5th** day of **May**, 2022

　　ORDERED that the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this cause until further Order of the Court.

　　　　　　　　　　　　　　　　/s/ Matthew J. Skahill
　　　　　　　　　　　　　　　　HONORABLE MATTHEW J. SKAHILL
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE