UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 22-1084 |
| | : | |
| V. | : | CRIMINAL ACTION |
| | : | |
| | : | ORDER OF RELEASE |
| Khalif Zoryeah-Sadat | : | |

    The Court orders the defendant, __Khalif Soryeah-Sadat__, is ordered released on a personal recognizance bond with the following bail conditions:

    (1) Reporting, as directed, to U.S. Pretrial Services;

    (2) The defendant shall appear at all future court proceedings;

    (3) Other: _Report any contact with law enforcement officials to pretrial services, follow all directives from pretrial services, the defendant shall surrender/not possess any firearms._

| /s/ Khalif Zoryeah-Sadat | 05/05/2022 |
|---|---|
| DEFENDANT | DATE |

    It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
MATTHEW SKAHILL
U.S. MAGISTRATE JUDGE

May 5, 2022
DATE